O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    EDCV 08-01486-SGL                    Date: October 23, 2008

Related Criminal Case No. EDCR 07-00134-SGL

Title:      FRANCISCO JAVIER GUZMAN-AGUILAR, Petitioner -v- UNITED STATES OF
            AMERICA, Respondent
=============================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

            Jim Holmes                            None Present
            Courtroom Deputy Clerk                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None present                               None present

PROCEEDINGS:     (IN CHAMBERS) ORDER SETTING BRIEFING SCHEDULE


        The Court is in receipt of petitioner's motion for reduction of sentence by an Inmate in
federal custody under Title 28 USC § 2255, filed October 22, 2008.  A briefing schedule is
hereby set as follows:   Respondent's (USA) brief is due electronically filed by November
28, 2008, and petitioner's reply brief (which may be filed manually) is due filed by
December 30, 2008.

        Thereafter, the Court will take the matter under submission on the timely filed briefs
in this matter.

        IT IS SO ORDERED.

## Judge Larson's E-Filing Memorandum Attachment

Counsel shall e-file all civil and criminal filings for Judge Larson pursuant to General Order 08-02, filed on March,  2008 (**superseding** General Order No. 07-08).  Although the procedure is set forth in great detail in General Order 08-02, generally, the procedure consists of the following three steps:

Step 1:        All *non-signature* items shall be <u>e-filed</u> in **.pdf format.**

Step 2:        In addition to being e-filed, all proposed *signature* items shall be  <u>e-mailed</u> to the chambers electronic mailbox in **Microsoft Word** or **WordPerfect format**. **WordPerfect format is <u>preferred</u>**.  The chambers e-mail address is **sgl_chambers@cacd.uscourts.gov**

Step 3:        A <u>paper copy of all e-filed documents shall be delivered to chambers</u> **no later than noon the day after e-filing**.  All copies delivered to chambers shall have the Notice of E-filing attached thereto.  For ease of use, declarations, notices, appendices, and similar documents that have multiple exhibits attached thereto shall separate the exhibits with numbered or lettered tabs.

### UNDER SEAL FILINGS

Documents to be filed under seal may not be e-filed and are subject to different procedures. To file documents under seal, the following steps must be taken:

Step 1:        Manually file an ex parte application to file the documents under seal and concurrently lodge an original and one copy of the documents to be filed under seal.

Step 2:        E-file a Notice of Manual Filing.

Step 3:        E-mail a .pdf copy of that ex parte application to the chambers e-mail address together with a WordPerfect or Microsoft Word version of the proposed order for the Court's consideration.  WordPerfect format is preferred.

### DO NOT OMIT ANY OF THE ABOVE STEPS.

For any additional questions, please refer to the General Order or call the Helpline @ 213-894-0242.

(Revision date January 16, 2008)

# NOTICE PARTY SERVICE LIST

**Case No.** _____   **Case Title** _____

**Title of Document** _____

| | |
|---|---|
| | Atty Sttlmnt Officer Panel Coordinator |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So  Div |
| | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service -  Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

| *ADD NEW NOTICE PARTY* **(if sending by fax, mailing address must also be provided)** |
|---|
| Name: |
| Firm: |
| Address (*include suite or floor*): |
| |
| |
| *E-mail: |
| *Fax No.: |

 * For CIVIL cases only

| *JUDGE / MAGISTRATE JUDGE (list below):* |
|---|
| |
| |
| |
| |

**Initials of Deputy Clerk** _____